IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:13-cv-00215-FL

| | |
|---|---|
| TONYA E. SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **STIPULATION OF** |
| | ) **DISMISSAL** |
| I.C. SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, Tonya E. Summers, pro se, and the Defendant, I.C. System, Inc., through its attorney, and hereby stipulate that this matter is dismissed with prejudice. Each party shall bear its own costs.

/s/ Tonya E. Summers
Tonya E. Summers
527 Waterford Lake Drive
Cary, NC 27519

STATE OF NORTH CAROLINA
COUNTY OF _Wake_

Sworn to and subscribed before me this the 28 day of June, 2013.
_____
Notary Public
My Commission Expires: 11/2/14

_____
Caren D. Enloe
Of MORRIS, MANNING & MARTIN, LLP
NC State Bar No. 17394
PO Box 12768

Research Triangle Park, NC 27709
(919)806-2969
cenloe@mmmlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document by depositing a copy thereof in the United States mail, first class postage prepaid, addressed as follows:

Tonya E. Summers
527 Waterford Lake Drive
Cary NC 27519

This the 2V day of July, 2013.

/s/ Caren D. Enloe
Caren D. Enloe
Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for the defendant I.C. Systems, Inc.*